**Opinion issued August 2, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-11-00392-CV

————————————

## KAREN KRISTINE SILVIO, Appellant

## V.

## CITIFINANCIAL AUTO CREDIT, INC., Appellee

———

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 960856-001**

———

## MEMORANDUM OPINION

Appellant, Karen Kristine Silvio, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required

by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On April 25, 2012, this Court ordered appellant to pay the filing fee as required by Texas Rule of Appellate Procedure 5, or the appeal would be dismissed. After being notified that this appeal was subject to dismissal for failure to pay the filing fee, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Huddle.